AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

JULIA ANN SOUKUP FRENCH,

       Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-CV-00405-RCJ-VPC**

CHARLOTTE MERRINER, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this Court accepts the Magistrate Judge's Report and Recommendation (Docket No. 7). Accordingly, Plaintiff's complaint (Docket No. 6) is DISMISSED without prejudice.

   December 30, 2010                          **LANCE S. WILSON**
                                                                        Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                    Deputy Clerk